UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SLAUGHTER,<br><br>       Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>       Respondent. | Case No. 16-CV-07118 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On December 14, 2016, petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same day, the court sent a notification to petitioner, informing him that he did not pay the filing fee, nor did he file a complete application to proceed *in forma pauperis* ("IFP"). The court provided petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed, and petitioner has not paid the filing fee. Petitioner also has not filed a completed application to proceed IFP.

Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment

Case No. 16-CV-07118 LHK (PR)
ORDER OF DISMISSAL

and close the file.

**IT IS SO ORDERED.**

DATED: 02/08/2017

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 16-CV-07118 LHK (PR)
ORDER OF DISMISSAL